IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01154-RPM

MARSHALL P. WOLFE and
STEPHANIE WOLFE,

      Plaintiffs,

v.

OFFICER STEPHANIE COURTNEY;
OFFICER LINDSEY DOWNING;
OFFICERS JOHN DOE;
MARY JO SMITH, Chief of Policy for City of Manitou Springs;
each in their individual and official capacities; and
CITY OF MANITOU SPRINGS POLICE DEPARTMENT,

      Defendants.

_____

ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER
_____

After review of the Stipulated Motion to Modify Scheduling Order, filed January 14, 2011 [22], it is

ORDERED that the motion is granted and the deadlines are extended as follows:

    a. Endorsement of Plaintiffs' experts by March 18, 2011
            Defendants' experts by April 18, 2011
            Rebuttal experts by May 9, 2011.
    b. Discovery deadline: June 17, 2011.
    c. Dispositive motion deadline: May 31, 2011.

Dated:   January 18th , 2011

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge