IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01154-RPM

MARSHALL P. WOLFE and
STEPHANIE WOLFE,

    Plaintiffs,

v.

OFFICER STEPHANIE COURTNEY;
OFFICER LINDSEY DOWNING;
OFFICERS JOHN DOE;
MARY JO SMITH, Chief of Policy for City of Manitou Springs;
each in their individual and official capacities; and
CITY OF MANITOU SPRINGS POLICE DEPARTMENT,

    Defendants.

---

ORDER FOR DISMISSAL OF DEFENDANTS MARY JO SMITH, CITY OF MANITOU SPRINGS
POLICE DEPARTMENT, AND SECOND AND THIRD CLAIMS FOR RELIEF

---

    Upon consideration of the Stipulated Motion to Dismiss Certain Claims [31], it is

    ORDERED that this action is dismissed with prejudice as to Defendants Mary Jo Smith, City of Manitou Springs Police Department, and Plaintiffs' Second and Third Claims for Relief.

    Dated:   May 24th, 2011

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior District Judge