IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01154-RPM-MEH

MARSHALL P. WOLFE,
STEPHANIE WOLFE,

    Plaintiffs,

v.

STEPHANIE COURTNEY, in her individual and official capacities,
LINDSEY DOWNING, in her individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 8, 2011.**

    Plaintiff's Unopposed Motion for Court-Ordered Settlement Conference [filed July 11, 2011; docket #37] is **granted** by this Court's July 15 order setting a settlement conference for August 24, 2011. *See* docket #40.