IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01154-RPM-MEH

MARSHALL P. WOLFE and
STEPHANIE WOLFE, individually and as Husband and Wife,

    Plaintiffs,

v.

OFFICER STEPHANIE COURTNEY,
OFFICER LINDSEY DOWNING, and
OFFICERS JOHN DOE,

    Defendants.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS, WITH PREJUDICE**
_____

    THIS COURT, having reviewed the Stipulated Motion to Dismiss, with Prejudice (Docket No. 49) filed by the Parties, having reviewed the file, and being fully advised,

    IT IS HEREBY ORDERED the claims against Defendants Officer Stephanie Courtney and Officer Lindsey Downing in their individual and official capacities, are dismissed, with prejudice, with each party to pay his or her own costs and fees.

    Done this 12th day of September, 2011.

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge